UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOLLY MAID INC.,

      Plaintiff,

v.

RONALD L. O'DANIEL & RIVER CITY
INVESTMENTS, INC.,

      Defendants.
_____/

Case No. 10-13337

ARTHUR J. TARNOW
SENIOR UNITED STATES
DISTRICT JUDGE

MAGISTRATE JUDGE
MONA K. MAJZOUB

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [11]

On June 20, 2011, Magistrate Judge Majzoub issued a Report and Recommendation [11] that Plaintiff's Motion to Set Aside Clerk's Entry of Default and for Leave to File Plaintiff's First Amended Complaint [8] should be granted. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

    Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Set Aside Clerk's Entry of Default and for Leave to File Plaintiff's First Amended Complaint [8] is **GRANTED**.

    **SO ORDERED.**

DATED: July 26, 2011

          S/ARTHUR J. TARNOW
          ARTHUR J. TARNOW
          United States Senior District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 26, 2011, by electronic and/or ordinary mail.

          s/Shawntel R. Jackson
          Case Manager